Stark LIGON, Executive Director,
Committee on Professional Conduct v.
Robert Paul NEWMAN, Arkansas Bar ID # 95050

03-1381                                                    143 S.W.3d 576

Supreme Court of Arkansas
Opinion delivered January 27, 2004

PER CURIAM. ▪ In accordance with Amendment 28 of the Constitution of Arkansas and pursuant to Section 13A of the Procedures of the Arkansas Supreme Court Regulating the Professional Conduct of Attorneys at Law, we hereby assign the Honorable Jack Lessenberry of Little Rock to act as special judge to preside over the disbarment proceedings of Robert Paul Newman.